IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY STEIDLE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-4972 |
| | : | |
| UNITED STATES LIABILITY INSURANCE CO., INC. | : : | |

## **JUDGMENT**

AND NOW, this 30th day of September, 2024, upon consideration of Defendant United States Liability Co., Inc.'s ("USLI") Motion for Summary Judgment, Plaintiff Jeffrey Steidle's response in opposition, USLI's reply, and the parties' oral arguments on July 1, 2024, it is hereby ORDERED the Motion (ECF No. 17) is GRANTED. A Memorandum explaining the basis for the Court's decision will be issued separately.

It is FURTHER ORDERED Judgment is entered in favor of USLI and against Steidle. The Clerk of Court is DIRECTED to mark this matter as CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.